**LAW FIRM OF JONAS & DRISCOLL, LLP**          MAKE JS-6
**555 WEST FIFTH STREET**
**THIRTY FIRST FLOOR**
**LOS ANGELES, CA 90013**
**TEL:        (213) 683-2033**
**FAX:        (213) 996-8569**
**Christopher L. Driscoll, State Bar #167001**

**Attorney for Plaintiffs GERARDO CAZARES & MARCELO MORENO**


### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA


GERARDO CAZARES, an individual;       )
MARCELO MORENO, an individual;        )
                                      )  **Case#** CV 06-5985 VBF (JTLx)
        plaintiff,                    )
                                      )
                                      )
vs.                                   )
                                      )      **JUDGMENT**
CITY OF BELL GARDENS, a               )      **RE: GERARDO CAZARES**
public entity; Bell Gardens police    )      **AND MANUEL**
officer MICHAEL COX; Bell             )      **MORENO AFTER**
Gardens police officer BARIOS, first   )      **TRIAL BY JURY**
name unknown; Bell Gardens            )
police officer SERGIO TISCARENO;      )
Bell Gardens police officer RICK       )      **Hon. Valerie Baker Fairbank**
MCCRANER; Bell Gardens police officer )
RENE RUIZ, and DOES 1 through 10,     )
inclusive,                            )
                                      )
                                      )
        defendants.                   )
_____)

_____

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
                    TRIAL BY JURY
                        -1-

1    This action came on regularly for trial on March 25, 2008, in Courtroom "9"

2    of the United States District Court, Central District of California, Central Division,

3    the Honorable Valerie Baker Fairbank, Judge Presiding; the Plaintiffs Gerardo

4    Cazares and Manuel Moreno, appearing by attorneys Glen T. Jonas, Esq., and

5    Christopher L. Driscoll, Esq., the Defendants, City of Bell Gardens, Michael Cox,

6    Ricky McCraner, Rigoberto Barios, Rene Ruiz, and Sergio Tiscareno appearing by

7    attorneys Lee A. Wood, Esq.,  Jennifer S. Marvin, Esq., and Matthew Salcedo, Esq.

8    During the trial, Plaintiffs dismissed their claim pursuant to 42 U.S.C. 1985(3), and

9    their claims for punitive damages relating solely to state law claims (but not as to

10   any federal claims).

11    A jury of 9 persons was regularly impaneled and sworn on March 25.

12   Witnesses were sworn and testified.  After hearing the evidence and arguments of

13   counsel, the jury was duly instructed by the Court, and the cause was submitted to

14   the jury with directions to return a verdict on the remaining issues. The jury

15   deliberated and thereafter returned to the court with its verdict consisting of the

16   issues submitted to the jury and the answers given thereto by the jury, which said

17   in words and figures as follows, to-wit:

18

19   **"WE THE JURY, IN THE ABOVE-ENTITLED CAUSE, UNANIMOUSLY**

20   **FIND AS FOLLOWS:**

21    Please answer by unanimous vote the following questions by placing an X in

22   the space following the appropriate response:

23

24

25

26   _____

27   JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
                      TRIAL BY JURY
28                       -2-

**QUESTION NO.1:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants violated his Federal Constitutional rights not to be subjected to excessive force?

| | | |
|---|---|---|
| Michael Cox | Yes  _X_ | No_____ |
| Sergio Tiscareno | Yes ____ | No _X_ |
| Rick McCraner | Yes ____ | No _X_ |
| Rene Ruiz | Yes ____ | No _X_ |
| Rigoberto Barios | Yes  _X_ | No_____ |

If your answer to Question #1 is "yes" for any of the officers, then proceed to Question #2.  If your answer to Question #1 is "no" for all of the officers then skip to question #3.

**QUESTION NO.2:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants' use of excessive force was a cause of injury to him?

| | | |
|---|---|---|
| Michael Cox | Yes  _X_ | No_____ |
| Sergio Tiscareno | Yes____ | No _X_ |
| Rick McCraner | Yes____ | No _X_ |
| Rene Ruiz | Yes  _X_ | No_____ |
| Rigoberto Barios | Yes  _X_ | No_____ |

---

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-3-

1  Proceed to Question #3.

2

3  **QUESTION NO.3:**

4  Has plaintiff Manuel Moreno proved by a preponderance of the evidence

5  that Defendants violated his Federal Constitutional rights not to be subjected to

6  excessive force?

7  Michael Cox                Yes_____                No _X_

8  Sergio Tiscareno           Yes_____                No _X_

9  Rick McCraner              Yes _X_                 No_____

10 Rene Ruiz                  Yes _X_                 No_____

11 Rigoberto Barios           Yes _X_                 No_____

12

13 If your answer to Question #3 is "yes" for any of the officers, then proceed

14 to Question #4.  If your answer to Question #3 is "no" for all of the officers then

15 skip to question #5.

16

17 **QUESTION NO.4:**

18 Has plaintiff Manuel Moreno proved by a preponderance of the evidence

19 that Defendants' use of excessive force was a cause of injury to him?

20

21 Michael Cox                Yes_____                No _X_

22 Sergio Tiscareno           Yes_____                No _X_

23 Rick McCraner              Yes _X_                 No_____

24 Rene Ruiz                  Yes _X_                 No_____

25

26 _____

27 JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
   TRIAL BY JURY

28 -4-

Rigoberto Barios          Yes  X            No_____

Proceed to Question #5.

**QUESTION NO.5:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants violated his Federal Constitutional rights not to be subjected to unreasonable seizure of person (arrest without probable cause)?

Michael Cox              Yes  X            No_____
Sergio Tiscareno         Yes_____          No  X
Rick McCraner            Yes_____          No  X
Rene Ruiz                Yes_____          No  X
Rigoberto Barios         Yes_____          No  X

If your answer to Question #5 is "yes" for any of the officers, then proceed to Question #6.  If your answer to Question #5 is "no" for all of the officers then skip to question #7.

**QUESTION NO.6:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants' unreasonable seizure of him (arrest without probable cause)  was a cause of injury to him?

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-5-

| | | |
|---|---|---|
| Michael Cox | Yes  X | No_____ |
| Sergio Tiscareno | Yes____ | No  X |
| Rick McCraner | Yes____ | No  X |
| Rene Ruiz | Yes____ | No  X |
| Rigoberto Barios | Yes____ | No  X |

Proceed to Question #7.

**QUESTION NO.7:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence that Defendants violated his Federal Constitutional rights not to be subjected to unreasonable seizure of person (arrest without probable cause)?

| | | |
|---|---|---|
| Michael Cox | Yes____ | No  X |
| Sergio Tiscareno | Yes____ | No  X |
| Rick McCraner | Yes____ | No  X |
| Rene Ruiz | Yes____ | No  X |
| Rigoberto Barios | Yes____ | No  X |

If your answer to Question #7 is "yes" for any of the officers, then proceed to Question #8.  If your answer to Question #7 is "no" for all of the officers then skip to question #9.

**QUESTION NO.8:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence

_____

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
                    TRIAL BY JURY
                          -6-

that Defendants' unreasonable seizure of him (arrest without probable cause)  was a cause of injury to him?

Michael Cox            Yes_____            No _X_

Sergio Tiscareno       Yes_____            No _X_

Rick McCraner          Yes_____            No _X_

Rene Ruiz              Yes_____            No _X_

Rigoberto Barios       Yes_____            No _X_

Proceed to Question #9.

**QUESTION NO.9:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants violated his Federal Constitutional rights not to be subjected to malicious prosecution?

Michael Cox            Yes _X_            No_____

Sergio Tiscareno       Yes _X_            No_____

Rick McCraner          Yes _X_            No_____

Rene Ruiz              Yes _X_            No_____

Rigoberto Barios       Yes _X_            No_____

If your answer to Question #9 is "yes" for any of the officers, then proceed to Question #10.  If your answer to Question #9 is "no" for all of the officers then

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-7-

1  skip to question #11.

2

3  **QUESTION NO.10:**

4       Has plaintiff Gerardo Cazares proved by a preponderance of the evidence

5  that Defendants' malicious prosecution of him was a cause of injury to him?

6

7       Michael Cox          Yes _X_         No_____

8       Sergio Tiscareno     Yes _X_         No_____

9       Rick McCraner     Yes _X_         No_____

10      Rene Ruiz         Yes _X_         No_____

11      Rigoberto Barios     Yes _X_         No_____

12

13      Proceed to Question #11.

14

15 **QUESTION NO.11:**

16      Has plaintiff Manuel Moreno proved by a preponderance of the evidence

17 that Defendants violated his Federal Constitutional rights not to be subjected to

18 malicious prosecution?

19      Michael Cox          Yes _X_         No_____

20      Sergio Tiscareno     Yes _X_         No_____

21      Rick McCraner     Yes _X_         No_____

22      Rene Ruiz         Yes _X_         No_____

23      Rigoberto Barios     Yes_X_         No_____

24

25

26 _____

27 JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
                         TRIAL BY JURY

28                               -8-

If your answer to Question #11 is "yes" for any of the officers, then proceed to Question #12.  If your answer to Question #11 is "no" for all of the officers then skip to question #13.

**QUESTION NO.12:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence that Defendants' malicious prosecution of him was a cause of injury to him?

| | | |
|---|---|---|
| Michael Cox | Yes _X_ | No_____ |
| Sergio Tiscareno | Yes _X_ | No_____ |
| Rick McCraner | Yes _X_ | No_____ |
| Rene Ruiz | Yes _X_ | No_____ |
| Rigoberto Barios | Yes _X_ | No_____ |

Proceed to Question #13.

**QUESTION NO.13:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants committed an assault on him?

| | | |
|---|---|---|
| Michael Cox | Yes _X_ | No_____ |
| Sergio Tiscareno | Yes____ | No _X_ |
| Rick McCraner | Yes____ | No _X_ |
| Rene Ruiz | Yes____ | No _X_ |
| Rigoberto Barios | Yes _X_ | No_____ |

---

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-9-

If your answer to Question #13 is "yes" for any of the officers, then proceed to Question #14.  If your answer to Question #13is "no" for all of the officers then skip to question #15.

**QUESTION NO.14:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants' assault on him was a cause of injury to him?

| | | |
|---|---|---|
| Michael Cox | Yes  _X_ | No_____ |
| Sergio Tiscareno | Yes_____ | No _X_ |
| Rick McCraner | Yes_____ | No _X_ |
| Rene Ruiz | Yes_____ | No _X_ |
| Rigoberto Barios | Yes _X_ | No_____ |

Proceed to Question #15.

**QUESTION NO.15:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence that Defendants committed an assault on him?

| | | |
|---|---|---|
| Michael Cox | Yes_____ | No _X_ |
| Sergio Tiscareno | Yes_____ | No _X_ |
| Rick McCraner | Yes _X_ | No_____ |
| Rene Ruiz | Yes _X_ | No_____ |
| Rigoberto Barios | Yes _X_ | No_____ |

---

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER TRIAL BY JURY

-10-

If your answer to Question #15 is "yes" for any of the officers, then proceed to Question #16.  If your answer to Question #15 is "no" for all of the officers then skip to question #17.

**QUESTION NO.16:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence that Defendants' assault on him was a cause of injury to him?

| | | |
|---|---|---|
| Michael Cox | Yes____ | No _X_ |
| Sergio Tiscareno | Yes____ | No _X_ |
| Rick McCraner | Yes _X_ | No____ |
| Rene Ruiz | Yes _X_ | No____ |
| Rigoberto Barios | Yes _X_ | No____ |

Proceed to Question #17.

**QUESTION NO.17:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants committed a battery on him?

| | | |
|---|---|---|
| Michael Cox | Yes _X_ | No____ |
| Sergio Tiscareno | Yes____ | No _X_ |
| Rick McCraner | Yes____ | No _X_ |
| Rene Ruiz | Yes____ | No _X_ |
| Rigoberto Barios | Yes _X_ | No____ |

---

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-11-

If your answer to Question #17 is "yes" for any of the officers, then proceed to Question #18.  If your answer to Question #17 is "no" for all of the officers then skip to question #19.

**QUESTION NO.18:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants' battery on him was a cause of injury to him?

| | | |
|---|---|---|
| Michael Cox | Yes  X | No_____ |
| Sergio Tiscareno | Yes____ | No  X |
| Rick McCraner | Yes____ | No  X |
| Rene Ruiz | Yes____ | No  X |
| Rigoberto Barios | Yes  X | No_____ |

Proceed to Question #19.

**QUESTION NO.19:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence that Defendants committed a battery on him?

| | | |
|---|---|---|
| Michael Cox | Yes____ | No  X |
| Sergio Tiscareno | Yes____ | No  X |
| Rick McCraner | Yes  X | No_____ |
| Rene Ruiz | Yes  X | No_____ |
| Rigoberto Barios | Yes  X | No_____ |

_____

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-12-

1    If your answer to Question #19 is "yes" for any of the officers, then proceed

2    to Question #20.  If your answer to Question #19 is "no" for all of the officers then

3    skip to question #21.

4

5    **QUESTION NO.20:**

6    Has plaintiff Manuel Moreno proved by a preponderance of the evidence

7    that Defendants' battery on him was a cause of injury to him?

8

9

10   Michael Cox          Yes_____          No _X_

11   Sergio Tiscareno     Yes_____          No _X_

12   Rick McCraner        Yes _X_           No_____

13   Rene Ruiz            Yes _X_           No_____

14   Rigoberto Barios     Yes _X_           No_____

15

16   Proceed to Question #21.

17

18   **QUESTION NO.21:**

19   Has plaintiff Gerardo Cazares proved by a preponderance of the evidence

20   that Defendants falsely arrested him?

21   Michael Cox          Yes_____          No _X_

22   Sergio Tiscareno     Yes_____          No _X_

23   Rick McCraner        Yes_____          No _X_

24   Rene Ruiz            Yes_____          No _X_

25

26   _____

27   JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
     TRIAL BY JURY

28                          -13-

Rigoberto Barios          Yes____                    No __X__

If your answer to Question #21 is "yes" for any of the officers, then proceed to Question #22.  If your answer to Question #21 is "no" for all of the officers then skip to question #23.

**QUESTION NO.22:**

Has plaintiff Gerardo Cazares proved by a preponderance of the evidence that Defendants' false arrest of him was a cause of injury to him?

Michael Cox               Yes____                    No_____
Sergio Tiscareno          Yes____                    No_____
Rick McCraner             Yes____                    No_____
Rene Ruiz                 Yes____                    No_____
Rigoberto Barios          Yes____                    No_____

Proceed to Question #23.

**QUESTION NO.23:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence that Defendants falsely arrested him?

Michael Cox               Yes____                    No __X__
Sergio Tiscareno          Yes____                    No __X__
Rick McCraner             Yes____                    No __X__

_____

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
                    TRIAL BY JURY
                        -14-

| | | |
|---|---|---|
| Rene Ruiz | Yes____ | No __X__ |
| Rigoberto Barios | Yes____ | No __X__ |

If your answer to Question #23 is "yes" for any of the officers, then proceed to Question #24.  If your answer to Question #23 is "no" for all of the officers then skip to question #25.

**QUESTION NO.24:**

Has plaintiff Manuel Moreno proved by a preponderance of the evidence that Defendants' false arrest of him was a cause of injury to him?

| | | |
|---|---|---|
| Michael Cox | Yes____ | No __X__ |
| Sergio Tiscareno | Yes____ | No __X__ |
| Rick McCraner | Yes____ | No __X__ |
| Rene Ruiz | Yes____ | No __X__ |
| Rigoberto Barios | Yes____ | No __X__ |

Proceed to Question #25.

//

//

_____

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER TRIAL BY JURY

-15-

**QUESTION NO.25:**

As to Gerardo Cazares, if you determined that any defendant was a cause of harm as to Gerardo Cazares, what are the damages suffered by Gerardo Cazares**?**

$ 1,547,333

**QUESTION NO.26:**

As to Manuel Moreno, if you determined that any defendant was a cause of harm as to Manuel Moreno, what are the damages suffered by Manuel Moreno?

$ 1,636,111

**QUESTION NO.27:**

If you answered any questions in 2, 6, or 10  as "Yes" as to any defendant, answer this question, but only as to those defendants for which you marked "Yes" in 2, 6, or 10. Do you find by a preponderance of the evidence that any of the officers acted with malice, oppression, or reckless disregard for Gerardo Cazares' rights?

| | | |
|---|---|---|
| Michael Cox | Yes  X | No_____ |
| Sergio Tiscareno | Yes  X | No_____ |
| Rick McCraner | Yes  X | No_____ |
| Rene Ruiz | Yes  X | No_____ |
| Rigoberto Barios | Yes  X | No_____ |

---

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER TRIAL BY JURY
-16-

**QUESTION NO.28:**

      If you answered any questions in 4, 8, or 12 as "Yes" as to any defendant, answer this question, but only as to those defendants for which you marked "Yes" in 4, 8, or 12. Do you find by a preponderance of the evidence that any of the officers acted with malice, oppression, or reckless disregard for Manuel Moreno's rights?

| | | |
|---|---|---|
| Michael Cox | Yes  _X_ | No_____ |
| Sergio Tiscareno | Yes  _X_ | No_____ |
| Rick McCraner | Yes  _X_ | No_____ |
| Rene Ruiz | Yes  _X_ | No_____ |
| Rigoberto Barios | Yes  _X_ | No_____ |

      In addition, as to the special interrogatories submitted to the jury regarding the issue of qualified immunity, the jury deliberated and thereafter returned to the court with its verdict consisting of the issues submitted to the jury and the answers given thereto by the jury, which said in words and figures as follows, to-wit:

"Proceed to answer the following questions below. If you answered  "yes"  to one or more of the following groups of questions on the Special Verdict, questions 1-2; questions 3-4; questions 5-6; questions 7-8; questions 9-10; and/or question 11 and 12, then proceed to answer the following questions:

      We, the jury in the above-entitled matter, make the following findings of fact with regard to the special interrogatories submitted to us:

_____

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-17-

**QUESTION #1:**

Did Officer Cox reasonably believe that Plaintiff Cazares initiated a confrontation with him?

_____ Yes

_ X _ No

**QUESTION #2:**

Did Officer Cox reasonably believe that Plaintiff Cazares was struggling with him?

_ X _ Yes

_____ No

**QUESTION #3:**

Did Officer Cox reasonably believe that Plaintiff Cazares was refusing to comply with orders to stop resisting arrest?

_ X _ Yes

_____ No

**QUESTION #4:**

Did the Officers reasonably believe that Plaintiff Moreno hit Officer Cox in the head with a metal folding chair?

| | | |
|---|---|---|
| Michael Cox | Yes _ X _ | No_____ |
| Sergio Tiscareno | Yes_____ | No _ X _ |
| Rick McCraner | Yes_____ | No _ X _ |

---

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-18-

| | | | |
|---|---|---|---|
| Rene Ruiz | Yes____ | No _X_ | |
| Rigoberto Barios | Yes____ | No _X_ | |

**QUESTION #5**:

Did the Officers reasonably believe that Plaintiff Moreno put Officer Cox in a chokehold?

| | | |
|---|---|---|
| Michael Cox | Yes _X_ | No____ |
| Sergio Tiscareno | Yes _X_ | No____ |
| Rick McCraner | Yes _X_ | No____ |
| Rene Ruiz | Yes _X_ | No____ |
| Rigoberto Barios | Yes _X_ | No____ |

**QUESTION #6:**

Did the Officers reasonably believe that Officer Cox was in danger of serious bodily injury as a result of the actions of Plaintiffs Cazares and Moreno?

| | | |
|---|---|---|
| Michael Cox | Yes _X_ | No____ |
| Sergio Tiscareno | Yes____ | No _X_ |
| Rick McCraner | Yes____ | No _X_ |
| Rene Ruiz | Yes____ | No _X_ |
| Rigoberto Barios | Yes____ | No _X_ |

**QUESTION #7:**

Did the Officers tell Plaintiff Cazares and Plaintiff Moreno to stop fighting with them?

---

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-19-

| | | |
|---|---|---|
| Michael Cox | Yes_____ | No _X_ |
| Sergio Tiscareno | Yes_____ | No _X_ |
| Rick McCraner | Yes_____ | No _X_ |
| Rene Ruiz | Yes _X_ | No_____ |
| Rigoberto Barios | Yes_____ | No _X_ |

**QUESTION #8**:

     Did the Officers reasonably believe that Plaintiff Cazares and Plaintiff Moreno were fighting with them and/or other officers?

| | | |
|---|---|---|
| Michael Cox | Yes _X_ | No_____ |
| Sergio Tiscareno | Yes _X_ | No_____ |
| Rick McCraner | Yes _X_ | No_____ |
| Rene Ruiz | Yes _X_ | No_____ |
| Rigoberto Barios | Yes _X_ | No_____ |

In addition, as to the bifurcated issues relating to punitive damages, the jury deliberated and thereafter returned to the court with its verdict consisting of the issues submitted to the jury and the answers given thereto by the jury, which said in words and figures as follows, to-wit:

**"QUESTION NO.1:**

     As to each of the following officers, what is the total amount of punitive damages that you award against the officer in favor of Gerardo Cazares.

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER TRIAL BY JURY

-20-

| | |
|---|---|
| Michael Cox | $ 184,500 |
| Sergio Tiscareno | $ 65,200 |
| Rick McCraner | $124,700 |
| Rene Ruiz | $124,600 |
| Rigoberto Barios | $155,100 |

PROCEED TO QUESTION #2.

**QUESTION NO.2:**

As to each of the following officers, what is the total amount of punitive damages that you award against the officer in favor of Manuel Moreno.

| | |
|---|---|
| Michael Cox | $146,000 |
| Sergio Tiscareno | $65,200 |
| Rick McCraner | $124,700 |
| Rene Ruiz | $124,600 |
| Rigoberto Barios | $160,600 |

Dated:_____

_____
Foreperson of the Jury

_____

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
TRIAL BY JURY
-21-

Following trial the Court ruled on Defendants Motion for Mistrial and Defendants' Qualified Immunity Defense.  The Court ruled against defendants on both issues.

By reason of the jury's special verdict, special verdict on punitive damages, and the rulings of the Court, Plaintiffs Gerardo Cazares and Manuel Moreno are entitled to Judgment against Defendants Michael Cox, Sergio Tiscareno, Rick McCraner, Rene Ruiz, and Rigoberto Barios.

//

//

//

JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER TRIAL BY JURY

-22-

1    Now therefore, it is **ORDERED, ADJUDGED AND DECREED** that

2    plaintiff Gerardo Cazares shall have and recover $1,547,333 jointly and severally

3    from defendants Michael Cox, Sergio Tiscareno, Rick McCraner, Rene Ruiz, and

4    Rigoberto Barios.  Gerardo Cazares shall have and recover the additional amounts

5    of punitive damages of $ 184,500 against Michael Cox, $ 65,200 against Sergio

6    Tiscareno, $124,700 against Rick McCraner, $124,600 against Rene Ruiz, and

7    $155,100 against Rigoberto Barios.

8    Further, plaintiff Manuel Moreno shall have and recover $1,636,111 jointly

9    and severally from defendants Michael Cox, Sergio Tiscareno, Rick McCraner,

10    Rene Ruiz, and Rigoberto Barios.  Manuel Moreno shall have and recover the

11    additional amounts of punitive damages of $146,000 against Michael Cox, $65,200

12    against Sergio Tiscareno, $124,700 against Rick McCraner, $124,600 against Rene

13    Ruiz, and $160,600 against Rigoberto Barios.

14    Further, by stipulation of the parties, all non-punitive damages are the joint

15    and several liability of the City of Bell Gardens, upon the completion of any post-

16    trial motions and appeals, if any.

17    Further, Plaintiffs shall recover attorneys' fees and costs in accordance with

18    FRCP Rule 54 and Local Rule 54, to the extent that entitlement to said attorneys'

19    fees and costs is proven to the Court.

20

21    DATED: April 18, 2008    _____

22    **HONORABLE VALERIE BAKER FAIRBANK**

23    **UNITED STATES DISTRICT COURT JUDGE**

24

25

26    _____

27    JUDGMENT RE: GERARDO CAZARES AND MANUEL MORENO AFTER
     TRIAL BY JURY

28    -23-